IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  03-CR-00011-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DON WAYNE DAVIS,

        Defendant.

_____

ORDER
_____

        The defendant, Don Wayne Davis has filed a "Motion to Determine Admissibility of Evidence," which I will treat as a motion to suppress and to which the Government has responded.  Mr. Davis shall file any reply brief on or before December 9, 2005 and the Government shall file any surreply on or before December 19, 2005.  Oral argument shall occur on Friday, January 6, 2006 at 1:30 P.M.

Dated: December   5   , 2005 in Denver, Colorado.

                                                                   BY THE COURT:

                                                           s/Lewis T. Babcock
                                                           Lewis T. Babcock, Chief Judge