**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  03-cr-00011-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DON WAYNE DAVIS,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     This will confirm that Defendant's Motion to Continue Status Conference (Doc 76 - filed March 30, 2006) is GRANTED.  The status conference set **April 6, 2006 is VACATED and RESET for April 7, 2006 at 8:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.  Defendant <u>must</u> be present.




DATED:  March 30, 2006

_____